JULIAN D. JENSEN (1679)
JENSEN, DUFFIN, CARMAN, DIBB & JACKSON
Attorney for Plaintiffs
311 South State, Suite 380
Salt Lake City, Utah 84111
Telephone: (801) 531-6600

FILED
CLERK, U.S. DISTRICT COURT
-5 MAY 98 AM 10: 05
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

U.S. DISTRICT COURT
APR 30 1998
RECEIVED CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GERARD PHILLIP BIEMER, a United States Citizen; BONUS VERMOGEN-SVERWALTUNGS, GmbH., a German corporation; FRIEDRICH F. HERRLING, a German national as President of Bonus Vermogensverwaltungs,<br><br>Plaintiffs,<br><br>vs.<br><br>EUROGAS, INC., a Utah corporation; MSA-MESA, a foreign corporation; PETER THOMA, a Swiss citizen; EDGAR LUBER, a German citizen; JOHN DOES, 1-X,<br><br>Defendants. | **DEFAULT CERTIFICATE AS TO DEFENDANT MSA-MESA CORPORATION.**<br><br>CASE NO. 297CV0793B<br><br>Judge: Hon. Dee Benson |

It appearing from the records in the above entitled action that a summons issued on October 21, 1997 by this Court has been regularly served, together with a complaint, upon the defendant, MSA-MESA Corporation, on or about November 11, 1997 with return entered before this Court on January 15, 1998.

It appearing from the affidavit of counsel for plaintiff and the records herein that this defendant has failed to plead or otherwise defend in said action as required by said summons and complaint as provided by the Federal Rules of Civil Procedure.

NOW THEREFORE, on request and affidavit of counsel for plaintiff, the DEFAULT of the defendant MSA-MESA Corporation is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this 5TH day of May, 1998.

Clerk of the Court:
By: _____
Deputy Clerk

BIEM2/defcert.bie

klh

United States District Court
for the
District of Utah
May 5, 1998

* * MAILING CERTIFICATE OF CLERK * *

Re: 2:97-cv-00793

True and correct copies of the attached were mailed by the clerk to the following:

Mr. Julian D Jensen, Esq.
311 S STATE ST STE 380
SALT LAKE CITY, UT  84111

David R. King, Esq.
KRUSE LANDA & MAYCOCK
EIGHTH FL BANK ONE TOWER
50 W BROADWAY
SALT LAKE CITY, UT  84101
FAX 9,5317091

A. Robert Thorup, Esq.
RAY QUINNEY & NEBEKER
79 S MAIN ST
PO BOX 45385
SALT LAKE CITY, UT  84145-0385
FAX 9,5327543