```
                                FILED
                       CLERK US DISTRICT COURT
A. ROBERT THORUP A3258
RAY, QUINNEY & NEBEKER       -6 MAY 98 AM 10:56
Attorneys for Eurogas
79 South Main Street         DISTRICT OF UTAH
P.O. Box 45385
Salt Lake City, Utah  84145-0385   BY:_____
   Telephone:  (801) 532-1500
```



UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GERARD PHILLIP BIEMER a United States Citizen; BONUS VERMOGENSVERWALTUNGS, gmbh., a German corporation; FRIEDRICH F. HERRLING, a German national as President of Bonus Vermogensverswaltungs,,<br><br>Plaintiffs,<br><br>v.<br><br>EUROGAS, INC., a Utah corporation; MSA-MESA a foreighn corporation; PETER THOMA, a Swiss citizen; EDGAR LUBER, a German citizen; JOHN DOES 1-X,.<br><br>Defendants. | APPLICATION FOR PRO HAC VICE ADMISSION OF K. CHRIS TODD<br><br>Case No. 297CV0793B<br><br>Hon. Dee Benson |

**MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL**

I, A. Robert Thorup, hereby move the *pro hac vice* admission of petitioner to practice in this Court in connection witht he above-captioned matter. I hereby agree to serve as designated local counsel for the subject case, to readily communicate with opposing counsel and the Court regarding the conduct of this case, and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should petitioner fail to respond to any Court order.

DATED this 10th day of April, 1998.

A3258
Bar No.

_____
(Signature of Local Counsel)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Petitioner, K. Chris Todd, hereby requests permission to appear *pro hac vice* in the subject case. Petitioner states under penalty of perjury that he is a member in good standing of the bar of a United States court or of the highest court of a state, is a non-resident of the State of Utah, and under the provisions of Rule 103-1(d) of the Rules of Practice of this Court has associated local counsel in this matter. Petitioner's residence address, office address, and office telephone number, the courts to which admitted, and the receptive dates of admission are provided as required.

Petitioner designates  A. Robert Thorup  as associate local counsel.

This 7th day of April, 1998.

_____
(Signature of Petitioner)

-2-

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of Rule 103-1(b), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 5th day of May, 1998.

_____
U.S. District Judge

## ADDITIONAL INFORMATION

| | |
|---|---|
| Name of Petitioner: | K. Chris Todd |
| Residence Address: | 3112 Beechwood Lane, Falls Church, VA. 22042 |
| | Street / City / State / Zip |
| Business Address: | 1301 K. Street, N.W., Suite 1000 West Washington D.C. 20005-3317 |
| | Street / City / State / Zip |
| | KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C. |
| | (Firm/Business Name) |
| Office Telephone: | (202) 326-7900 |
| | (Area Code and Main Office Number) |

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| New York State Court of Appeals | Albany, New York | 05-03-88 |
| Texas Supreme Court | Austin, Texas | 09-25-72 |
| District of Columbia Court of Appeals | Washington D.C. | 11-01-79 |
| United States Court of Appeals, Second Circuit | New York City, New York | 11-01-79 |
| United States District Court for the Southern District of New York | New York City, NY. | 02-28-89 |
| United States District Court for the District of Columbia | Washington, D.C. | 07-06-92 |
| United States Tax Court | Washington, D.C. | 7-23-90 |
| United States Court of Appeals, 9th Circuit | San Francisco, CA. | 6-22-93 |
| United States Court of Appeals, Federal Circuit | Washington, D.C. | 07-06-93 |
| United States Court of Appeals, 3rd Circuit | Philadelphia, PA. | 03-29-94 |

(If additional space is needed, attach separate sheet.)

## ASSOCIATED LOCAL COUNSEL

Name:                A. Robert Thorup

Residence Address:   2771 Oquirrh Drive, Salt Lake City, Utah 84108
                     Street              City         State        Zip

Business Address:    Ray, Quinney & Nebeker
                     (Firm/Business Name)

                     79 South Main Street, Suite 700    Salt Lake City, Utah  84111
                     Street                              City          State        Zip

Office Telephone:    (801) 323-3359
                     (Area Code and Main Office Number)

CASE NO. 297CV0793B

Appearing on behalf of:

Eurogas

275107.01

-5-

ce

United States District Court
for the
District of Utah
May 6, 1998


* * MAILING CERTIFICATE OF CLERK * *


Re:  2:97-cv-00793



True and correct copies of the attached were mailed by the clerk to the following:


Mr. Julian D Jensen, Esq.
311 S STATE ST STE 380
SALT LAKE CITY, UT  84111

David R. King, Esq.
KRUSE LANDA & MAYCOCK
EIGHTH FL BANK ONE TOWER
50 W BROADWAY
SALT LAKE CITY, UT  84101
FAX 9,5317091

K. Chris Todd, Esq.
Wan Kim, Esq.
KELLOGG, HUBER, HANSEN, TODD & EVANS, LLC
1301 K STREET, SUITE 1000
WEST WASHINGTON, D.C.  20005-3317

A. Robert Thorup, Esq.
RAY QUINNEY & NEBEKER
79 S MAIN ST
PO BOX 45385
SALT LAKE CITY, UT  84145-0385
FAX 9,5327543