JULIAN D. JENSEN (1679)
JENSEN, DUFFIN, CARMAN, DIBB & JACKSON
Attorney for Plaintiffs
311 South State, Suite 380
Salt Lake City, Utah 84111
Telephone: (801) 531-6600

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GERARD PHILLIP BIEMER, a United States Citizen; BONUS VERMOGEN-SVERWALTUNGS, GmbH., a German corporation; FRIEDRICH F. HERRLING, a German national as President of Bonus Vermogensverwaltungs, <br><br> Plaintiffs, <br><br> vs. <br><br> EUROGAS, INC., a Utah corporation; MSA-MESA, a foreign corporation; PETER THOMA, a Swiss citizen; EDGAR LUBER, a German citizen; JOHN DOES, 1-X, <br><br> Defendants. | **MOTION OF PLAINTIFF FOR SHORT CONTINUANCE OF HEARING DATE ON PENDING MOTIONS TO DISMISS & RULE 11.** <br><br><br> CASE NO. 297CV0793B <br><br> Judge: Hon. Dee Benson |

COMES NOW the above named plaintiffs, by and through their undersigned counsel of record, to respectfully request this Court to continue to the next following week, or as soon thereafter as the Court may schedule a hearing, the presently pending hearing date of August 11, 1998 on defendants' Motions to Dismiss and The Rule 11 Motions. This Motion

1

COURTESY COPY

is made pursuant to Rule 6 of the Federal Rules of Civil Procedure and submitted to the sound discretion of the Court.

In support of this Motion, plaintiffs submit that Mr. Gerard P. Biemer wishes to travel to Utah to attend the oral argument, but has a son who has been on extended foreign military assignment and has been granted leave on the week of the hearing. Mr. Biemer would like to meet with his son during the week in which the hearing is presently set before his son returns to his foreign military assignment and would respectfully request this short continuance.

Dated this 10th day of June, 1998.

                                              Julian D. Jensen
                                              Attorney for Plaintiffs

## SO ORDERED

_____
DEE BENSON
United States District Judge

Date 6-15-98

2

ce

```
                United States District Court
                          for the
                     District of Utah
                      June 17, 1998
```

* * MAILING CERTIFICATE OF CLERK * *

Re:  2:97-cv-00793

True and correct copies of the attached were mailed by the clerk to the following:

```
    Mr. Julian D Jensen, Esq.
    311 S STATE ST STE 380
    SALT LAKE CITY, UT  84111

    David R. King, Esq.
    KRUSE LANDA & MAYCOCK
    EIGHTH FL BANK ONE TOWER
    50 W BROADWAY
    SALT LAKE CITY, UT  84101
    FAX 9,5317091

    K. Chris Todd, Esq.
    KELLOGG HUBER HANSEN TODD & EVANS
    1301 K ST NW STE 1000 W
    WASHINGTON, DC  20005-3317

    A. Robert Thorup, Esq.
    RAY QUINNEY & NEBEKER
    79 S MAIN ST
    PO BOX 45385
    SALT LAKE CITY, UT  84145-0385
    PFAX 9,5327543
```