A. Robert Thorup (A3258)
**RAY, QUINNEY & NEBEKER**
79 South Main Street
P.O. Box 45385
Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500

K. Chris Todd
**KELLOGG, HUBER, HANSEN
 TODD & EVANS**
1301 K Street, N.W., Suite 1000 W
Washington, D.C. 20005
   Telephone: (202) 326-7900

Attorneys for Defendants Luber and Thoma

RECEIVED CLERK

**SEP - 9 1998**

U.S. DISTRICT COURT

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GERARD PHILLIP BIEMER a United States Citizen; BONUS VERMOGENSVERWALTUNGS, gmbh., a German corporation; FRIEDRICH F. HERRLING, a German national as President of Bonus Vermogensverswaltungs,<br><br>Plaintiffs,<br><br>v.<br><br>EUROGAS, INC., a Utah corporation; MSA-MESA a foreign corporation; PETER THOMA, a Swiss citizen; EDGAR LUBER, a German citizen; JOHN DOES 1-X,.<br><br>Defendants. | Civil No. 2:97CV0793B<br><br>Judge: Dee Benson<br><br>ORDER |

Upon consideration of defendants Edgar Luber's and Peter Thoma's ("defendants") Motion to Dismiss the Amended Complaint and related briefing, plaintiffs' responses and related briefing, and the arguments of the parties during a hearing on this matter on August 28, 1998,

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 12(b), the Court has treated defendants' Motion to Dismiss as a motion for summary judgment under Rule 56. The Court finds that the terms of the settlement agreement dated June 19, 1997 and the subsequent Order entered by Judge David Sam of this Court in <u>Gerard Phillip Biemer, et al. v. Eurogas, Inc., et al.</u>, Civil No. 96-CV 0941 S, preclude this action against defendants. Accordingly, defendants are granted summary judgment and the Amended Complaint is dismissed with prejudice as to them.

The parties shall bear their own costs and attorneys' fees.

DATED this ___ day of September, 1998.

BY THE COURT:

_____
Honorable Dee Benson
United States District Judge

APPROVED AS TO FORM:

_____ 9/3/98
Julian D. Jensen
Attorneys for Plaintiffs

424737

2

ce

United States District Court
for the
District of Utah
September 15, 1998

**  * MAILING CERTIFICATE OF CLERK * *

Re:   2:97-cv-00793

True and correct copies of the attached were mailed by the clerk to the following:

>    Mr. Julian D Jensen, Esq.
>    311 S STATE ST STE 380
>    SALT LAKE CITY, UT   84111
>
>    David R. King, Esq.
>    KRUSE LANDA & MAYCOCK
>    EIGHTH FL BANK ONE TOWER
>    50 W BROADWAY
>    SALT LAKE CITY, UT   84101
>    FAX 9,5317091
>
>    K. Chris Todd, Esq.
>    KELLOGG HUBER HANSEN TODD & EVANS
>    1301 K ST NW STE 1000 W
>    WASHINGTON, DC   20005-3317